461 A.2d 891

Wilson v. Simon, Appellants.

Argued April 21, 1983. Allan Molotsky, for appellants; William P. Fedullo, for appellees.

Before WICKERSHAM, ROWLEY and WATKINS, JJ.

Order affirmed.